**Dismiss and Opinion Filed September 5, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01042-CV

### Ex Parte SEBRA PROUTT

### On Appeal from the 382nd Judicial District Court
### Rockwall County, Texas

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Before the Court is Sebra Proutt's Amended Original Petition/Application for Writ of Habeas Corpus. According to the petition, relator was arrested and is currently detained in the Rockwall County jail. Relator requests that we order her release from the Rockwall County jail or order her bond reduced.

An appellate court has no original habeas-corpus jurisdiction in criminal matters. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05 (writ of habeas corpus may be issued by the court of criminal appeals, the district courts, the county courts, or any judge of those courts); *In re Ayers*, 515 S.W.3d 356 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam) (mem. op.); *cf.* TEX. GOV'T CODE ANN. § 22.221(d) (court of appeals may issue writ of habeas corpus when restraint of

liberty is because of the violation of an order in a civil case). A court of appeals has no original habeas jurisdiction over bail issues. *Ortiz v. State*, 299 S.W.3d 930, 932 (Tex. App.—Amarillo 2009, no pet.). Therefore, this Court has no jurisdiction to issue the requested writ of habeas corpus in this case.

We dismiss relator's Amended Original Petition/Application for Writ of Habeas Corpus for want of jurisdiction.

241042f.p05

/Dennise Garcia//
DENNISE GARCIA
JUSTICE